## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 18-24450-cmb |
| Lora J. Kalwarski, | : | |
| Debtor | : | Chapter 13 |
| Lora J. Kalwarski, Movant | : | |
| Vs. | : | |
| Specialized Loan Servicing & | : | re doc. 73 |
| Ronda J. Winnecour, Trustee | : | |
| Respondents | : | |

# ENTERED BY DEFAULT

### ORDER OF COURT

**AND NOW,** this  17th **day of**   October**, 2022**, it is hereby **ORDERED** that:

(1) The Non-LMP Mortgage Modification Agreement between Lora J. Kalwarski and Specialized Loan Servicing is approved;

(2) The terms of the modified loan shall be as follows:

a. Due Date:  October 1, 2022 and the 1st day of each month thereafter;

b. New Monthly Payment: $809.31 which is comprised of $416.96 principal & interest and $392.35 escrow;

c. Interest rate: 6.375%

d. Loan Term: terms of loan amortized over 40 years however there will be a balloon payment due February 1, 2034;

e. Maturity Date: February 1, 2034;

f. Principal balance: $72,316.83;

       (3)    Within fourteen (14) days from the date of this Order, the Debtor shall incorporate the terms of the modified loan terms with the filing of an Amended Chapter 13 Plan.

*Carlota M. Böhm*

dmk

CARLOTA A. BOHM, JUDGE
UNITED STATES BANKRUPTCY COURT

Case administrator to serve:
     Debtor
     Counsel for Debtor
     [Counsel for Creditor]
     Ronda J. Winnecour, Esq. Ch 13 Trustee

FILED
10/17/22 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA