## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Lora J. Kalwarski                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-24450 CMB

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo Home Equity Trust Mortgage Pass-Through Certificates, Sries 2004-i, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A. as Trustee, successor by merger to LaSalle Bank N.A., as Trustee and index same on the master mailing list.

                                      Respectfully submitted,

                                  /s/ **Brian C. Nicholas**
                                  Brian Nicholas
                                  09 Nov 2022, 13:25:22, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 3b48080bfcdeb065d1ef57137b43647540d81b29d4639c00178df1236174bd61