**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> LORA J. KALWARSKI | Case No. 18-24450CMB |
| Debtor(s) <br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, | Chapter 13 |
| Movant <br> vs. <br> US DEPARTMENT OF EDUCATION++ | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

STUDENT LOAN HAS BEEN SERVICE RELEASED. NO AMENDED CLAIM OR TRANSFER OF CLAIM HAS YET BEEN FILED BY NEW SERVICER.

US DEPARTMENT OF EDUCATION++  
C/O FEDLOAN SERVICING  
PO BOX 790234  
ST LOUIS, MO 63179

Court claim# 12-2/Trustee CID# 6

The Movant further certifies that on 03/15/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)  
original creditor  
putative creditor  
counsel for debtor(s)  
counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>LORA J. KALWARSKI, 1286 VARNER ROAD, PITTSBURGH, PA  15227 | DEBTOR'S COUNSEL:<br>SHAWN N WRIGHT ESQ, LAW OFFICE OF SHAWN N WRIGHT, 7240 MCKNIGHT RD, PITTSBURGH, PA  15237 |
| ORIGINAL CREDITOR:<br>US DEPARTMENT OF EDUCATION++, C/O FEDLOAN SERVICING, PO BOX 790234, ST LOUIS, MO  63179<br><br>:<br>FEDLOAN SERVICING, PO BOX 69184, HARRISBURG, PA  17106<br><br>NEW CREDITOR: | ORIGINAL CREDITOR'S COUNSEL:<br>FED LOAN SERVICING++, PO BOX 790234, ST LOUIS, MO  63179-0234 |