# IN THE UNITED STATES BANKRUPTCY COURT
## Pennsylvania Western District

| | |
|---|---|
| In Re: | Case Number: 18-24450-cmb |
| Lora J. Kalwarski | Chapter 13 |
| DEBTOR | Document No. |
| ----------------------------------------- | Hearing Date: |
| Shawn Wright | |
| APPLICANT | |
| vs. | |
| NO RESPONDENT | |

### CERTIFICATE OF NO OBJECTION REGARDING APPLICATION TO APPROVE PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Approve Professional Fees filed on March 18, 2023 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 4, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 5, 2023

/s/ Shawn N. Wright
Shawn Wright
7240 McKnight Rd.
Pittsburgh, Pennsylvania 15237
(412) 920-6565
PA ID #64103
shawn@shawnwrightlaw.com