**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LORA J. KALWARSKI<br><br>　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:18-24450<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

May 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/14/2018 and confirmed on 2/20/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 63,233.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 63,233.50 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,075.00 | |
|   Trustee Fee | 2,863.84 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,938.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WELLS FARGO HOME EQUITY TRUST MT | 40,695.17 | 40,695.17 | 0.00 | 40,695.17 |
|     Acct: 3853 | | | | |
|   WELLS FARGO HOME EQUITY TRUST MT | 2,432.58 | 2,432.58 | 0.00 | 2,432.58 |
|     Acct: 3853 | | | | |
|   WELLS FARGO HOME EQUITY TRUST MT | 0.00 | 6,519.75 | 0.00 | 6,519.75 |
|     Acct: 3853 | | | | |
|   WELLS FARGO HOME EQUITY TRUST MT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3853 | | | | |
|   WHITEHALL BOROUGH (SWG) | 2,076.05 | 2,076.05 | 793.54 | 2,869.59 |
|     Acct: 7G52 | | | | |
|   WHITEHALL BOROUGH (STORMWATER) | 163.68 | 163.68 | 62.40 | 226.08 |
|     Acct: 7G52 | | | | |
|   WHITEHALL BOROUGH (STORMWATER) | 40.48 | 40.48 | 0.00 | 40.48 |
|     Acct: 7G52 | | | | |
|   WHITEHALL BOROUGH (SWG) | 285.76 | 285.76 | 0.00 | 285.76 |
|     Acct: 7G52 | | | | |
| | | | | 53,069.41 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LORA J. KALWARSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 1,075.00 | 1,075.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX0/23 | | | | |
|   SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BALDWIN-WHITEHALL SD & WHITEHALL E | 532.40 | 532.40 | 0.00 | 532.40 |
|     Acct: 7179 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 1,322.91 | 1,322.91 | 0.00 | 1,322.91 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXTION | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-CMB | | | | |
| | | | | 2,165.31 |

18-24450                                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     LVNV FUNDING LLC | 465.69 | 4.34 | 0.00 | 4.34 |
|         Acct: 7560 | | | | |
|     US DEPARTMENT OF EDUCATION++ | 141,996.52 | 0.00 | 0.00 | 0.00 |
|         Acct: 7179 | | | | |
|     PRA RECEIVABLES MANAGEMENT LLC - A | 532.71 | 4.97 | 0.00 | 4.97 |
|         Acct: 5024 | | | | |
|     VERIZON BY AMERICAN INFOSOURCE LP | 1,684.07 | 15.69 | 0.00 | 15.69 |
|         Acct: 0001 | | | | |
|     VERIZON BY AMERICAN INFOSOURCE LP | 226.99 | 2.12 | 0.00 | 2.12 |
|         Acct: 0001 | | | | |
|     UPMC HEALTH SERVICES | 766.84 | 7.14 | 0.00 | 7.14 |
|         Acct: 7179 | | | | |
|     DUQUESNE LIGHT COMPANY(*) | 1,066.51 | 9.94 | 0.00 | 9.94 |
|         Acct: 9577 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 1,688.79 | 15.74 | 0.00 | 15.74 |
|         Acct: 7657 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 3087 | | | | |
|     KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     THOMAS KALWARSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     BONIAL & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
| | | | | 59.94 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 55,294.66 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 2,165.31 |
| SECURED | 45,693.72 |
| UNSECURED | 148,428.12 |

Date: 05/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
　　LORA J. KALWARSKI

　　　　　　Debtor(s)

　　Ronda J. Winnecour
　　　　　　Movant
　　　　　vs.
　　No Repondents.

Case No.:18-24450

Chapter 13

Document No.:

ORDER OF COURT

　AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24450-CMB |
| Lora J. Kalwarski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lora J. Kalwarski, 1286 Varner Road, Pittsburgh, PA 15227-1419 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION ET SEQ., C/O POWERS, KIRN & ASSOCIATES, LLC, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| cr | + | Wells Fargo Home Equity Trust, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | + | Wells Fargo Home Equity Trust Mortgage PassThrough, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| 14948718 | + | Fed Loan Service, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14948720 | | Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14948721 | + | Thomas Kalwarski, 1286 Varner Road, Pittsburgh, PA 15227-1419 |
| 15030909 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14975647 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 31 2023 04:10:00 | Borough of Whitehall and the Baldwin-Whitehall Sch, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2023 04:18:03 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 31 2023 04:10:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14973443 | + | Email/Text: ebnjts@grblaw.com | May 31 2023 04:10:00 | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14973442 | + | Email/Text: ebnjts@grblaw.com | May 31 2023 04:10:00 | Borough of Whitehall & Baldwin-Whitehall SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14948717 | + | Email/PDF: creditonebknotifications@resurgent.com | May 31 2023 04:17:23 | Credit One, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14979801 | + | Email/Text: kburkley@bernsteinlaw.com | May 31 2023 04:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14948719 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 31 2023 04:10:00 | Fortiva, P.O.Box 10555, Atlanta, GA 30310-0555 |
| 14965054 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 04:17:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15398134 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2023 04:18:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14982985 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2023 04:18:00 | Portfolio Recovery Associates, LLC, POB 12914, |

Case 18-24450-CMB  Doc 108  Filed 06/01/23  Entered 06/02/23 00:33:09  Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14949359 | + | Email/PDF: rmscedi@recoverycorp.com | May 31 2023 04:18:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15229056 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 31 2023 04:10:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14976949 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 31 2023 04:10:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15559891 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 31 2023 04:10:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14975647 | | Email/Text: BNCnotices@dcmservices.com | May 31 2023 04:10:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14977364 | | Email/PDF: ebn_ais@aisinfo.com | May 31 2023 04:18:31 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14968682 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2023 04:17:21 | Wells Fargo Bank, N.A., 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14948722 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 31 2023 04:18:18 | Wells Fargo Home Mortgage, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, Et Al... |
| cr | | U.S. Bank National Association, as Trustee, succes |
| cr | | Wells Fargo Home Equity Trust Mortgage Pass-Throug |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14973468 | *+ | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Wells Fargo Home Equity Trust Mortgage Pass-Through Certificates Series 2004-i, U.S. Bank National |

Case 18-24450-CMB    Doc 108    Filed 06/01/23    Entered 06/02/23 00:33:09    Desc
Imaged Certificate of Notice    Page 7 of 7

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 30, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| | |
|---|---|
| | Association, as Trustee, successor in interest to Bank of America, N.A. as Trustee, successor by mer bnicholas@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor U.S. Bank National Association Et Al... bankruptcy@powerskirn.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall and the Baldwin-Whitehall School District jhunt@grblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION ET SEQ. bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Lora J. Kalwarski shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 8